IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 APR 11 A 10: 13

JEFFERY B. SANFORD #143575
_____
Full name and prison number
of plaintiff(s)

v.

LEE COUNTY DETENTION CENTER
_____
_____
_____
_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 3:06CV326-F
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO ( )

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO ( )

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiff(s) JEFFERY B. SANFORD #143572
   _____

   Defendant(s) LEE COUNTY DETENTION CENTER
   _____

2. Court (if federal court, name the district; if state court, name the county) LEE COUNTY ALA,
   MIDDLE DISTRICT OF ALA

3. Docket number _HAS NOT BEEN GIVEN_

4. Name of judge to whom case was assigned _NOT YET NOTIFIED OF COMPLAINTS_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _DISPOSITION HAS NOT BEEN REVIEW/PENDING_

6. Approximate date of filing lawsuit _APRIL 2006_

7. Approximate date of disposition _N/A_

II. PLACE OF PRESENT CONFINEMENT _LEE COUNTY DETENTION CENTER_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _LEE COUNTY DETENTION CENTER_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

    NAME                                ADDRESS

1. _LT. COREY WELCH_
2. _OFFICER WILSIE_
3. _LEE COUNTY DETENTION CENTER/ 2311 GATEWAY DR., OPELIKA_
4. _OFFICER AARON_
5. _OFFICER LIBSAT_
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _FEB 2006_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _I WAS VERBALLY TOLD BY LIEUTENANT COREY WELCH THAT MY NAME WAS NOT_

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)** BEING CONSIDERED FOR THE LEE COUNTY WORK PROGRAMS; BECAUSE "I'M BLACK-BALLED." BECAUSE OF ~~HERE SA~~ UNTRUE RUMOR OF CURSING OFFICER - WHICH I HAVE NO SUCH WRITE UPS, Sgt THREAT WAS THE ONE WHO SIGNAFIED.

**GROUND TWO:** OFFICER WILSIE STATED IN FRONT OF 4 OTHER OFFICERS, HE REMEMBER

**SUPPORTING FACTS:** ME FROM 1998, AND THAT I AND MY WIFE (BARBARA A. SANFORD) HAD LIED ON HIM TO THE CHEIF DEPUTY SHERIFF MAJOR TOLBERT CONCERNING AN OLD ISSUE FROM A PREVIOUS GRIEVANCE IN 1998. SINCE THAT STATEMENT, SEVERAL INCIDENTS.

**GROUND THREE:** TWO OF THE FOUR OFFICERS HAVE TRIED RETALIATE FOR OFFICER WILSIE.

**SUPPORTING FACTS:** 1.) Sgt. THREAT HAD TO INVESTIGATE FIRST INCIDENT WITH OFFICER LIBERSAT. CORPRAL COBB HAD TO INVESTIGATE SECOND INCIDENT WITH OFFICER AARON; AND LITERALLY STOP AN ATTACK OF PHYSICAL ASSULT FROM THE OFFICER COMING AT MYSELF.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I WANT THE SAME PRIVILAGES AND RIGHTS TO EXERCISE MIN. AND COMM. CUSTODY AS OTHER INMATES CLASSIFIED AS EQUAL AS MYSELF. * OR TO BE MOVE TO ANOTHER AREA JAIL TO BE HOUSED. *

_____ 143572
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 3 day of April 2006.
                   (Date)

_____
Signature of plaintiff(s)

4