IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

JEFFERY B. SANFORD               *

    Plaintiff,                        *

    v.                               *          3:06-CV-326-MEF

LEE COUNTY DETENTION       *
CENTER, *et al.*,
                                  *

    Defendants.

_____

**O R D E R**

This case is presently pending before the court on a complaint filed by Jeffery Sanford, an inmate incarcerated in the Lee County Detention Facility. Plaintiff's complaint has been accepted for filing. However, before further proceedings in this matter are conducted, the court deems it appropriate to direct Plaintiff to amend his complaint concerning the factual allegations contained.

In the complaint, Plaintiff alleges that Officers Libersat and Aaron tried to retaliate against him because of an incident which occurred between him and Officer Wilsie in 1998. The complaint merely contains general conclusions of a constitutional violation and fails to identify factual allegations material to the specific assertion of retaliation lodged against Officers Libersat and Aaron.

Accordingly, it is

ORDERED that on or before **May 1, 2006** Plaintiff shall file a complaint which:

1. Presents specific factual allegations relative to his claim that Officers Libersat and Aaron tried to retaliate against and lists these claims in separate counts;

2. Asserts with clarity those factual allegations that are material to each specific count against the named defendant(s);

3. Describes how each named defendant violated *his* constitutional rights. Plaintiff is hereby advised that the amendment to the complaint must set forth short and plain statements showing why he is entitled to relief. Each allegation in the pleading should be simple, concise and direct. *See* Rule 8, *Federal Rules of Civil Procedure*.

Plaintiff is cautioned that if he fails to comply with the directives of this order the Magistrate Judge will recommend that this case be dismissed.

Done, this 17th day of April 2006.

                **/s/ Delores R. Boyd**
                DELORES R. BOYD
                UNITED STATES MAGISTRATE JUDGE