MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION RECEIVED

JEFFERY B. SANFORD
        PLAINTIFF
                v
LEE COUNTY DETENTION
CENTER, Et. AL.,
        DEFENDANTS

7006 APR 26  A 9:44

CASE: 3:06-CV-326-MEF

## AMENDMANT TO COMPLAINT

IN ORDER FOR PLAINTIFF TO SPECIFY FACTUAL EVIDENCE
RELATIVE TO HIS CLAIM THAT OFFICERS LIIBERSAT
AND AARON HAVE BEEN RETALIATING AGAINST INMATE
SANFORD DUE TO AN INCIDENT WHICH OCCURED
BETWEEN HIM AND OFFICER WILTSIE IN 1998.

1.) WOULD HAVE REQUIRED TESTIMONIES FROM SEVERAL
EYE-WITNESS WHICH HEARD AND SEEN VIOLENT
THREATS, AS WELL AS GESTURES OF PHYSICAL RETALIATION

2.) NONE OF THE WITNESSES WHICH ARE OFFICERS
I'VE ASKED HAVE WANTED TO PARTICIPATE IN THIS
MATTER. (A.) CPL COBB   (B.) OFFICER SCROGGINS
(C.) OFFICER PHILLIPS

3.) IN FACT WITH CLARITY EACH WITNESS IF UNDER OATH,
COULD BRING AND GIVE THE MATERIAL EVIDENCE THAT
PROVES ALL AND ANY OF THE PLAINTIFFS ALLIGATIONS
ALLEGED AGAINST BOTH OFFICERS LIIBERSAT AND AARON
DID IN FACT VIOLATE HIS CONSTITUTIONAL RIGHTS TO
NOT BE HARASSMENT OR THREATS OF RETALIATION.

## Amendment To Complaint

In Feb, 2006, I Jeffery B. Sanford and Inmate James Jackson, were being escorted to the booking area from D-4 by Officer Libersat. He, Officer Libersat and Inmate James Jackson was into a discussion (not going into their conversation). Officer Libersat then turned to us both, looking at me and said, "Keep You Black Asses, out of jail then you won't have to complain all the time."

I address the racial statement, and Officer Libersat became very hostile towards me, Jeffery Sanford almost for no reason at all. He said to me, "Run, tell whoever you want like you did with Wiltsie." Then Cpl Cobb came out of the cubicle and questioned what was going on. We were instructed (I and Inmate Jackson) by Cpl Cobb to make written reports. Later that day, I was called into Sgt Threat's office by Officer Scroggins and Sgt Threat, along with Officer Libersat, I was hostily told that the issue was resolved and that his Officers (Sgt Threat) don't make racial slurs like that and to return to my cell and leave this alone!

## Amendment To Complaint

On Feb 23, 2006 while in Library awaiting to go to preliminary hearing and a doctor's appointment, I was verbally attacked by Officer Aaron because I told him I wanted to go to court instead of the doctor. He became very angry and hostile, saying "Saying that I was a smart ass and that he wanted me to try him, now go tell the fucking Major that."

I Jeffery B. Sanford, then got the attention of Cpl Cobb. Cpl Cobb call both of us to the hall to discuss what the yelling and cursing was about. After hearing Officer Aaron's statement, then he turned to me and tried to ask me my side, but Officer Aaron became hostile as if to attack me. Cpl Cobb restrained him and told him to go down the hall, As I proceeded to tell him what was going on, once again Officer Aaron came back aggressively, "saying that I was a fucking liar" "Just like I did with Officer Wiltsie and Officer Libersat". Cpl Cobb had to restrain ~~him~~ him several times (officer Aaron) to keep him from physically attacking me.

Finally, as Officer Aaron walked away, I plainly heard him say that "He would get my ass ~~~~ one day."

## In Conclusion

Since then there has been several verbal signs of all type of retaliation. Even to the point that one incident in booking, when I asked if I could become a trustee, Lt. Welch and Sgt Threat said in front of several staff members, "That Jeffery B Sanford's name is "black-balled". I asked Officer Lt. Welch to repeat it, and he said "your name is "black-balled"!"

After making bond on Feb 27, 2006 and returning to Lee County for pre-trial, I returned March 6, 2006. I am receiving a lot of harrassment and curtailment basically from all the above said officers in case # 3:06-CV-326-MEF. There has been no kind of co-operation for getting statements, things notarized, or adequate time in law library,

I've been written up for bogus disciplinaries where there is no records of write-ups or violations by the same said officer Wiltsie,

Personally, I feel as though my physical safety and wellfare is in danger while incarcerated in Lee County Detention Center. I asked to be placed in protective custody without losing visitation priveledges, phone priveledges, canteen, etc.

I was told I was to be placed in disciplinary cell with no priveledges and to keep quiet by Sgt Threat, or to go to someone higher.