# LEE COUNTY SHERIFF'S DEPARTMENT
## NOTIFICATION OF CHARGES
(Form #29)

*TO:* Jeffery Sanford          *DATE:* 4/17/06

*YOU ARE HEREBY NOTIFIED THAT IT IS ALLEGED THAT YOU HAVE COMMITTED THE FOLLOWING RULE VIOLATIONS:*

14.2 B-18 Unauthorized contact between Inmates

I HAVE NOT COMMITTED UNAUTHORIZED CONTACT BETWEEN INMATES. THE INMATE I'M ACCUSED OF TRYING TO CONTACT IS NOT AND WAS NOT IN LEE COUNTY JAIL AT THE TIME THAT THE LETTER WAS CONFISCATED OUT OF MY PROPERTY. THIS IS CONTINUAL CURTAIL FROM OFFICER WILTSIE.

*YOU HAVE BEEN CHARGED WITH THESE RULE VIOLATIONS BY OFFICER(S):*

Ofc Wiltsie

*THE FACTS ON WHICH THESE CHARGES ARE BASED ARE:*

I/m Sanford attempted to mail a letter to a female inmate in cell CB by putting the letter inside of another envelope, so it could be mailed back into the facility

*THE MAXIMUM PENALTY FOR THE VIOLATION(S) IS:*

10 Days lockdown, loss of all priviledges except for Clergy, media and attorney

*YOU HAVE THE OPTION OF REQUESTING A DISCIPLINARY HEARING FOR THE ABOVE CHARGE(S) OR ACCEPTING DISCIPLINARY ACTION WITHOUT A HEARING. SHOULD YOU DESIRE A DISCIPLINARY HEARING, YOU MUST REQUEST THE HEARING IN WRITING ON THE INMATE REQUEST FORM ATTACHED TO THIS NOTIFICATION WITHIN EIGHT (8) HOURS AFTER RECEIVING THIS NOTIFICATION.*

15:25  4/17/06
*DATE & TIME OF NOTIFICATION*

Ofc. Wiltsie
*OFFICER MAKING REPORT*

BOARD MEMBERS CONSIST OF 2 OFFICERS IN PENDING PREVIOUS COMPLAINT. CASE: 3:06-CV-326-MEF

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALA EASTERN DIVISION UNITED STATES MAGISTRATE JUDGE DELORES R. BOYD

14.2    There are three kinds of rule violations: minor, major, and serious.

A.    Minor violations interfere with the orderly operation of the facility but do not immediately threaten security or the safety of inmates, staff, or visitors. Minor violations include:

1.    Profanity, or derogatory remarks or gestures to visitors or inmates.
2.    Making unnecessary noise (such as shouting, whistling, or pounding on doors or windows) unless for an emergency.
3.    Not doing routine duties, such as cleaning the housing area, making your bed, and maintaining your personal cleanliness.
4.    Not wearing your complete uniform when out of your cell or wearing your uniform improperly.
5.    "Horseplay," or teasing another inmate.
6.    Taking unauthorized items to recreation, visitation, programs, or court.
7.    Unauthorized communication between cellblocks, including hand gestures.
8.    Having unauthorized amounts of consumable property. (**Note:** You may have no more than $35.00 worth of consumable commissary products at any one time.)
9.    Putting your feet on the walls, banisters, or railing.
10.    Covering air vents, removing covering, or damaging light fixtures.
11.    If on trusty status, violation of specified rules which are not covered by minor, major, or serious violations.
12.    Not following any of the other guidelines of the Inmate Handbook.

B.    Major violations include repeated minor rule violations and violations which could seriously threaten security, or the safety of inmates, staff, or visitors. They include:

1.    Disobeying staff.
2.    Profanity, or derogatory remarks or gestures to staff.
3.    Lying to staff.
4.    Fighting with another inmate.
5.    Inciting a fight.
6.    Disrupting or abusing programs, health services, religious health services, religious services, food service, or visitation.
7.    Smoking in non-smoking areas, or smoking during meals or while food trays are in the dayroom.
8.    Putting foreign matter in toilets or sinks. or stopping up toilets or sinks.
9.    Attempting to flood any area.
10.    Hanging items from walls, fixtures, ceilings, bars, windows, or vents.
11.    Defacing, altering, or misuse of Detention Center property.
12.    Jumping or hanging from banisters, railings, stairways, or fixtures.
13.    Gambling in any form.
14.    Interfering with lockdowns or counts.
15.    Buying, selling, trading, or transferring of property or money between inmates.
16.    Using facility equipment or areas without authorization.
17.    Communication with people on the outside of the facility through the windows, including making hand gestures.
18.    Unauthorized contact between inmates.
19.    Communication with people on the outside of the facility through the windows, including making hand gestures.
20.    Entering a cell other than your own.

11.3   Clergy who have proper professional identification may visit on Wednesday between 1:00 p.m. and 4:00 p.m. for a maximum of 30 minutes with prior approval from the Correction Administrator or Chief Deputy.

11.4   If you wish to receive your personal religious materials, send an Inmate Request form to the Corrections Sergeant, Lieutenant or Chief Deputy. **Note:** There is a limit to what you can have (see Section 4 of this handbook). All items must be approved by the Correction Administrator or Chief Deputy.

## SECTION 12: COMMISSARY

12.1   You may buy a variety of items from the commissary through your inmate fund account, which is set up within 48 hours of the time you arrive at the Detention Center. You must deposit all cash you have with you at the time of your booking into your inmate account; thereafter, you may only make deposits to your account by money orders of Cashier's Checks.

12.2   Commissary order forms will be furnished to inmates once each week with prices and items listed. Items and prices may change, depending on what our supplier stocks. No special orders will be filled.

12.3   Commissary schedules are posted.

12.4   You may not have credit at the commissary.

12.5   You may not buy commissary items for other inmates. This is a major rule violation (transfer of property).

12.6   You may not have more than $35.00 worth commissary combined at any one time. Anything over this limit is contraband and will be taken from you. If you have more than $35.00 limit, disciplinary action will be taken against you.

12.7   Commissary profits are used to as required by law.

12.8   No packages will be accepted from the outside unless approved by the Sheriff, Chief Deputy, Lieutenant, Sergeant or Shift Supervisor.

## SECTION 13: PERSONAL SAFETY

While here, you will meet many different kinds of people. If you are threatened, assaulted, of feel intimidated or unsafe, tell the staff. We will do what is necessary to protect you. For your own protection, do not discuss your charges with other inmates.

## SECTION 14; RULE VIOLATIONS

14.1   You may be disciplined only for breaking rules listed in the Inmate Handbook or for breaking the law. If you break the law, we also will file criminal charges.